Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA



U.S.A. vs. Thomas Tremayne Henderson    Docket No. 00-00041-001 Erie

### Petition on Supervised Release

COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Thomas Tremayne Henderson, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 14th day of August 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and treatment for substance abuse as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, not to exceed the actual costs.
- The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall make restitution to PNC Bank in the amount of $1,080.
- The defendant shall pay a special assessment of $100.

<u>08-14-01</u>:    Bank Robbery; 46 months' custody of the Bureau of Prisons; 3 years' supervised release.
<u>02-01-05</u>:    Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

Your Petitioner reports that a urine specimen obtained from Mr. Henderson on August 11, 2005, and September 14, 2005, tested positive for cocaine. Mr. Henderson has tested positive previously for cocaine on June 6 and 10, 2005, and July 11 and 14, 2005. Mr. Henderson was confronted with the latest test result on August 29, 2005, and admitted to using crack cocaine. Mr. Henderson has been attending drug and alcohol counseling at Gaudenzia Crossroads. Also, the frequency of contact with this office and drug testing has continued at twice per week. Despite these efforts, Mr. Henderson continues to use crack cocaine. On September 19, 2005, Mr. Henderson signed a Probation Form 49, Waiver of Hearing to Modify Conditions of Probation/Supervised Release or Extend Time of Supervision, in which he agreed to the following modification of supervision: The releasee shall be placed on home detention for a period of up to 180 days. During this time, the releasee shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the releasee shall wear an electronic monitoring device and shall observe the rules specified by the Probation Department.

U.S.A. vs. Thomas Tremayne Henderson
Docket No. 00-00041-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that the term of supervision be modified to include a special condition requiring the releasee to be placed on home detention for a period of up to 180 days. During this time, the releasee shall remain at his place of residence except for employment and other activities approved in advance by the probation officer. At the direction of the probation officer, the releasee shall wear an electronic monitoring device and shall observe the rules specified by the Probation Department.

|  |  |
|---|---|
| ORDER OF COURT | I declare under penalty of perjury that the foregoing is true and correct. |
| Considered and ordered this 29th day of Sept., 2005 and ordered filed and made a part of the records in the above case. | Executed on September 26, 2005 |
| *Maurice B. Cohill, Jr.* | *David J. Conde* |
| Senior U.S. District Judge | U.S. Probation Officer |
|  | *Gerald R. Buban* |
|  | Supervising U.S. Probation Officer |
|  | Place: Erie, PA |