Prob 12
(Rev. 3/88)

# UNITED STATES DISTRICT COURT
## For The
## WESTERN DISTRICT OF PENNSYLVANIA

U.S.A. vs. Thomas Tremayne Henderson                              Docket No. 00-00041-001 Erie

### Petition on Supervised Release

      COMES NOW Theodore W. Johnson, CHIEF PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of Thomas Tremayne Henderson, who was placed on supervision by the Honorable Maurice B. Cohill, Jr., sitting in the Court at Erie, Pennsylvania, on the 14th day of August 2001, who fixed the period of supervision at three years and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- The defendant shall not commit another federal, state, or local crime.
- The defendant shall not illegally possess a controlled substance.
- The defendant shall not possess a firearm.
- The defendant shall participate in a program of testing and treatment for substance abuse as directed by the Probation Office, until such time as the defendant is released from the program by the probation officer. Further, the defendant shall be required to contribute to the cost of services for any such treatment in an amount determined by the probation officer, not to exceed the actual costs.
- The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.
- The defendant shall make restitution to PNC Bank in the amount of $1,080.
- The defendant shall pay a special assessment of $100.

| | |
|---|---|
| 08-14-01: | Bank Robbery; 46 months' custody of the Bureau of Prisons; 3 years' supervised release. |
| 02-01-05: | Released to supervision; Currently supervised by U.S. Probation Officer David J. Conde. |
| 09-29-05: | Petition signed; Judgement modified by Senior United States District Judge Maurice B. Cohill, Jr., to include a special condition requiring the supervised releasee to be placed on home detention for a period of up to 180 days. |

      **RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**

      Your Petitioner reports that on January 20, 2006, Thomas Tremayne Henderson was charged with Burglary, Robbery, Aggravated Assault, Reckless Endangerment, Terroristic Threats, Receiving Stolen Property, and Possession of Instruments of Crime. Mr. Henderson is accused of breaking into the Papermoon restaurant and holding the manager of the restaurant at knife point. The manager was made to open a cash draw and an unspecified amount of cash was taken. During the altercation, the manager was cut in the hand by the knife held by Mr. Henderson. It should be noted that Mr. Henderson was an ex-employee of the restaurant. Unknown by the Probation Office, Mr. Henderson had been fired from his job at the restaurant ten days earlier. An arrest warrant was issued on this date, and Mr. Henderson turned himself in to the Erie Police Department on January 21, 2006. He is presently incarcerated in the Erie County Prison on a $25,000 cash bond.

U.S.A. vs. Thomas Tremayne Henderson
Docket No. 00-00041-001 Erie
Page 2

PRAYING THAT THE COURT WILL ORDER that a bench warrant be issued for the supervised releasee's arrest and that the warrant be lodged as a detainer at Erie County Prison, Erie, Pennsylvania.

ORDER OF COURT

Considered and ordered this _____ day of _____, 20___ and ordered filed and made a part of the records in the above case.

_____
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____ Jan 24, 2006 _____

_____
David J. Conde
U.S. Probation Officer

_____
Gerald R. Buban
Supervising U.S. Probation Officer

Place:    Erie, PA