✎ AO 456 (Rev. 5/85)  Notice

# UNITED STATES DISTRICT COURT

WESTERN _____ DISTRICT OF _____ PENNSYLVANIA

UNITED STATES OF AMERICA

V.

THOMAS TREMAYNE HENDERSON

## NOTICE

CASE NUMBER:   1:00-CR-00041-001

TYPE OF CASE:

☐ **CIVIL**        X   **CRIMINAL**

☐   **TAKE NOTICE** that a proceeding in this case has been set for the place, date, and time set forth below:

| PLACE | COURTROOM NO. A, Second Floor |
|---|---|
| United States District Court 17 South Park Row Erie, Pennsylvania  16501 | DATE AND TIME |

TYPE OF PROCEEDING

**SUPERVISED RELEASE VIOLATION HEARING**

**X   TAKE NOTICE** that a proceeding in this case has been continued as indicated below:

| PLACE U. S. District Court Courtroom A, Second Floor 17 South Park Row Erie, PA  16501 | DATE AND TIME PREVIOUSLY SCHEDULED **January 23, 2008 at 3:30 p.m.** | CONTINUED TO DATE AND TIME **Monday, March 10, 2008 at 11:00 a.m.** |
|---|---|---|

MAURICE B. COHILL, JR.
United States District Judge

January 16, 2008
DATE

s/Susan J. Shaffer
Deputy Clerk