# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

United States )
)
)
vs. )   CR. 00-41 Erie
Thomas Tremayne Henderson )
)
)
Defendants )

HEARING ON  Supervised Release Violation Hearing

Before  MAURICE B. Cohill, JR.

MARSHALL PICCININI, AUSA          Thomas Patton, AFPD

Appear for Plaintiff                     Appear for Defendant

Hearing Begun  3/10/2008  11:03 a.m.      Hrg Adjourned to

Hrg concluded C.A.V.  11:15 a.m.          Stenographer  Patricia Sherman

### WITNESSES
For Plaintiff                             For Defendant

Defendant admits to violations of supervised release. Court finds Defendant has violated the conditions of his supervised release.

CRIM HIST! III, Grade A viol., 18 - 24 months.

Court hereby revokes defendant's supervised release and imposes a sentence of imprisonment of 24 months, to be served concurrent to any state sentence The Defendant is currently serving. No further term of supervised release will be imposed.