AO 245D (Rev. 12/03) Judgment in a Criminal Case for Revocations
Sheet 1

# UNITED STATES DISTRICT COURT

__WESTERN__ District of __PENNSYLVANIA__

| UNITED STATES OF AMERICA<br>V. | **JUDGMENT IN A CRIMINAL CASE**<br>(For **Revocation** of Probation or Supervised Release) |
|---|---|
| THOMAS TREMAYNE HENDERSON | Case Number: 1:00-CR-00041-001 Erie |
| | USM Number: 20032-068 |
| | Thomas W. Patton, Assistant Federal Public Defender |
| | Defendant's Attorney |

**THE DEFENDANT:**

X  admitted guilt to violation of condition(s) __see violations below__ of the term of supervision.

☐  was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| **Violation Number** | **Nature of Violation** | **Violation Ended** |
|---|---|---|
| | The defendant shall not commit another federal, state or local crime. | April 6, 2006 |
| | The defendant shall refrain from the unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as directed by the probation officer. | January 17, 2006 |

The defendant is sentenced as provided in pages 2 through __2__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐  The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

| Defendant's Soc. Sec. No.: N/A | March 10, 2008 |
|---|---|
| | Date of Imposition of Judgment |
| Defendant's Date of Birth: N/A | |
| | *Maurice B. Cohill, Jr.* |
| | Signature of Judge |
| Defendant's Residence Address: | |
| N/A | |
| | Maurice B. Cohill, Jr., United States District Judge |
| | Name and Title of Judge |
| | |
| | March 12, 2008 |
| | Date |
| Defendant's Mailing Address: | |
| N/A | |

AO 245D   (Rev. 12/03 Judgment in a Criminal Case for Revocations
              Sheet 2— Imprisonment

|  |  |
|---|---|
| DEFENDANT: THOMAS TREMAYNE HENDERSON | Judgment — Page  2  of  2 |
| CASE NUMBER: 1:00-CR-00041-001 Erie | |

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:
twenty-four (24) months, to be served concurrent to any state sentence the defendant is currently serving. No further term of supervised release will be imposed.

☐ The court makes the following recommendations to the Bureau of Prisons:

X  The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

   ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

   ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

   ☐ before 2 p.m. on _____ .

   ☐ as notified by the United States Marshal.

   ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

a _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
    DEPUTY UNITED STATES MARSHAL