Case 1:00-cr-00041-MBC   Document 44   Filed 03/13/2008   Page 1 of 2
Case 1:00-cr-00041-MBC   Document 41   Filed 01/25/2008   Page 1 of 1
Case 1:00-cr-00041-MBC   Document 40   Filed 01/18/2008   Page 1 of 1

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA )
)
v. )
) Criminal No. 00-41 Erie
THOMAS TREMAYNE HENDERSON )
)

### APPLICATION AND ORDER FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

The undersigned Assistant United States Attorney hereby applies to the Court for the issuance of a writ of habeas corpus ad prosequendum, and avers:

1. Name of Detainee: Thomas Tremayne Henderson, GS8709, Year of Birth: 1968, African American, Male.

2. Detained by: Huntingdon State Correctional Institution, 1100 Pike Street, Huntingdon, Pennsylvania 16654.

3. Detainee was sentenced in this district for a violation of Title 18, United States Code, Section 2113(a).

4. Detainee is presently confined in the Huntingdon State Correctional Institution, Huntingdon, Pennsylvania, serving a sentence on a state charge.

5. The above case is set for a supervised release revocation hearing at Erie, Pennsylvania on March 10, 2008, at 11:00 a.m., and it shall therefore be necessary for detainee to be present in Court at that time.

6. The Superintendent of the Huntingdon State Correctional Institution has no objection to the granting of this petition.

s/Marshall J. Piccinini
MARSHALL J. PICCININI
Assistant U.S. Attorney
PA ID No. 56362

### ORDER

The above Application is granted and the above-named custodian, as well as the United States Marshal for this district, are hereby ORDERED to produce the named detainee on the date and at the time recited above.

January 25, 2008
DATE

Maurice B. Cohill, Jr.
SENIOR UNITED STATES DISTRICT JUDGE

cc: United States Attorney

CERTIFIED FROM THE RECORD
Date 25 JAN 2008
ROBERT V. BARTH, JR., CLERK
By [signature]
Deputy Clerk

FILED
MAR 13 2008
CLERK

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON THE .......... DAY OF MAR 0 5 2008 ........, BY TAKING
CUSTODY OF Thomas Henderson AT .......SCI Albion..
................................ TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO ....ECF..............................
.................... ON THE ............ DAY OF ....................
20 MAR 0 5 2008

**THOMAS M. FITZGERALD, USM**
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

...................................................
DEPUTY U.S. MARSHAL

EXECUTED THIS WRIT, IN PART / IN FULL (CIRCLE ONE)
ON THE ..13.... DAY OF March........, 20 08, BY TAKING
CUSTODY OF ......................... AT ..ECF............
................................ TRANSPORTING HIM/HER, AND
COMMITTING HIM/HER TO ...SCI Albion March........
.................... ON THE ..13...... DAY OF March....
20 08

**THOMAS M. FITZGERALD, USM**
UNITED STATES MARSHAL
WESTERN DISTRICT OF PENNSYLVANIA

...................................................
DEPUTY U.S. MARSHAL